**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MERCEDES MORALES DE ROMERO, | ) | Case No.: 1:17-cv-1508 - JLT |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING ATTORNEY'S FEES |
| | ) | PURSUANT TO THE EQUAL ACCESS TO |
| v. | ) | JUSTICE ACT |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On January 18, 2019, Mercedes Morales De Romero and Nancy A. Berryhill, Acting

Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses

pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 20)

Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, fees in the

total amount of $3,300.00 are awarded to Plaintiff, Mercedes Morales De Romero.


IT IS SO ORDERED.

Dated: __**February 13, 2019**__            _____**/s/ Jennifer L. Thurston**_____

                                         UNITED STATES MAGISTRATE JUDGE