# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES MORALES DE ROMERO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL[1], ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:17-cv-1508 JLT <br><br> ORDER SETTING A BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEY FEES <br><br> (Doc. 22) |

Mercedes Morales De Romero seeks an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, following a favorable decision granting Social Security benefits. (Doc. 22) Because the motion is not set for hearing, the Court sets a briefing schedule on the motion. Accordingly, the Court **ORDERS**:

1. Any opposition to the motion, or a notice of non-opposition, **SHALL** be filed no later than **January 27, 2020**; and

2. Any brief in reply **SHALL** be filed no later than **February 5, 2020**.

IT IS SO ORDERED.

Dated: **January 13, 2020**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally brought against Nancy A. Berryhill in her capacity as then-Acting Commissioner. Andrew M. Saul, the newly appointed Commissioner, has been automatically substituted. *See* Fed. R. Civ. P. 25(d).